PD-1023-17

Deana Williams, Clerk.    DATE: 10-4- 2017.
Court of Criminal Appeals.
P.O. Box 12308, Austin, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS

OCT U 6 2017

Deana Williamson, Clerk

PD-1023-17

COA Case No. 13-16-00038-CR. TR. CT. No. 14-0199b-CRF-85.

Dear Clerk:

Enclosed is Petitioner's ProSe Motion to the Court of Criminal Appeals requesting the Court to Suspend Rule 9.3.(b)(1), Pursuant to TRAP 2., due to Petitioner's inability to Make Copies.

Please Notify Petitioner's of the Court's Ruling at the address below.

Thank You!

Pro Se Petitioner, Nelson Parnell, Jr.
Nelson Parnell, Jr.
TDC No. 2038355
1697 FM 980
Ellis 1 unit.
Huntsville, TX 77343

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT U 6 2017

Deana Williamson, Clerk

# IN THE
## COURT OF CRIMINAL APPEALS
### AT AUSTIN, TEXAS

RE: PD 1023-17. CoA No. 13-16-00038-CR. TR. CT. No. 14-01996-CRF-85.
Style: State of Texas VS. Nelson Parnell, Jr.

## MOTION To SUSPend TRAP 9.3.(b)(1)

To The Honorable Judges of Said Court:

Comes Now, Nelson Parnell, Jr., Petitioner, Pro Se, Moves the Court respectfully Pursuant to TRAP 10.1.(a)(1)(2)(3)(4), to Suspend TRAP 9.3. (b)(1), Pursuant to TRAP 2., due to Petitioner's inability to make the required "11 copies" when the Petition For Discretionary Review is due on or before Friday, December 1, 2017, in the above Cause.

For the reason Stated above, Petitioner Prays that the Court grant this Motion.

Respectfully Submitted, by

DATE: October 4, 2017.

Nelson Parnell, Jr, Petitioner-Prose

Nelson Parnell, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2017, a true and correct copy of Petitioner's Motion to Suspend TRAP 9.3.(b)(1), Pursuant to TRAP 2, in the following cause, P.D.1023-17. CoA No. 13-16-00038-CR., TR. CT. No. 14-01996-CRF-85. ; has been forwarded by U.S. Mail, Postage Prepaid, first class, to the Attorney for the State at P.O. Box 12405, Austin, TX 78711.

Nelson Parnell, Jr., TDC No. 2038355
Petitioner ProSe
1697 FM 980, Ellis 1 Unit
Huntsville, TX 77343